

No. 17–0105/AR. U.S. v. Anthony v. Santucci. CCA 20140216. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues:

   I.   WHETHER ACCEPTANCE OF APPOINTMENT AS A CMCR JUDGE TERMINATED THE MILITARY COMMISSION OF JUDGE HERRING.

   II.   WHETHER, AS AN APPOINTED JUDGE OF THE CMCR, JUDGE HERRING DID NOT MEET THE UCMJ DEFINITION OF APPELLATE MILITARY JUDGE.

   III.   WHETHER THE ASSIGNMENT OF INFERIOR OFFICERS AND PRINCIPAL OFFICERS TO A SINGLE JUDICIAL TRIBUNAL ITSELF VIOLATED THE APPOINTMENTS CLAUSE.

No briefs will be filed under Rule 25.

No. 17–0116/AR. U.S. v. Aarron D. Buckner. CCA 20150323. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

     WHETHER JUDGES CELTNIEKS AND BURTON, JUDGES ON THE COURT OF MILITARY COMMISSION REVIEW, WERE STATUTORILY AUTHORIZED TO SIT ON THE ARMY COURT OF CRIMINAL APPEALS, AND EVEN IF THEY WERE STATUTORILY AUTHORIZED TO BE ASSIGNED TO THE ARMY COURT OF CRIMINAL APPEALS, WHETHER THEIR SERVICE ON BOTH COURTS VIOLATED THE APPOINTMENTS CLAUSE GIVEN THEIR NEWLY ATTAINED STATUS AS SUPERIOR OFFICERS.

No briefs will be filed under Rule 25.

No. 16–0663/MC. U.S. v. Travis V. Nauta. CCA 201500244. On consideration of Appellant's motion to supplement the record filed on January 10, 2017, motion to supplement the petition for grant of review, motion to supplement the record filed on January 11, 2017, and motion to supplement the record filed on January 12, 2017, it is ordered that said motions are hereby denied.

No. 16–0671/AF. U.S. v. Keanu D.W. Ortiz. CCA 38839. On consideration of the motion filed by the Military Commission Defense Organization for leave to present

oral argument as *amicus curiae*, it is ordered that said motion is hereby granted, and that *amicus curiae* will be allotted 10 minutes to present oral argument.

No. 16–0671/AF. U.S. v. Keanu D.W. Ortiz. CCA 38839. On consideration of the motion filed by the United States Army Government Appellate Division for leave to present oral argument as *amicus curiae*, it is ordered that said motion is hereby denied.

No. 17–0203/AR. U.S. v. David L. Jerkins. CCA 20140071. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 15, 2017.

No. 17–0204/AR. U.S. v. Joshua A. Marks. CCA 20150428. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 15, 2017.

No. 17–0205/AR. U.S. v. Kenneth B. Boyd. CCA 20150632. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 15, 2017.

No. 17–0208/CG. U.S. v. John C. Riesbeck. CCA 1374. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 16, 2017.

Tuesday, January 31, 2017

No. 17–0142/AR. U.S. v. Antione D. Williams. CCA 20130446. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER JUDGE JAMES W. HERRING, JUDGE ON THE COURT OF MILITARY COMMISSION REVIEW, WAS STATUTORILY AUTHORIZED TO SIT ON THE ARMY COURT OF CRIMINAL APPEALS, AND EVEN IF HE WAS STATUTORILY AUTHORIZED TO BE ASSIGNED TO THE ARMY COURT OF CRIMINAL APPEALS, WHETHER HIS SERVICE ON BOTH COURTS VIOLATED THE APPOINTMENTS CLAUSE GIVEN HIS NEWLY ATTAINED STATUS AS A SUPERIOR OFFICER.

No briefs will be filed under Rule 25.